**KILPATRICK TOWNSEND & STOCKTON LLP**

ERWIN L. CENA (State Bar No. 272960)
12730 High Bluff Drive, Suite 400
San Diego, California 92130
Telephone: (858) 350-6162
Email: ecena@kilpatricktownsend.com

JOSEPH PETERSEN (*admitted pro hac vice*)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Email: jpetersen@kilpatricktownsend.com

JAMES F. BOGAN III (*admitted pro hac vice*)
SABINA A. VAYNER (*admitted pro hac vice*)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Email: jbogan@kilpatricktownsend.com
Email: svayner@kilpatricktownsend.com

Attorneys for Defendants
AT&T ADVERTISING, L.P. (n/k/a YP Advertising, L.P.); and
YELLOWPAGES.COM, LLC (d/b/a YP)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA McCONNELL, INC., d.b.a. IMAGE ONE, a California Corporation,<br><br>Plaintiff,<br>v.<br><br>AT&T ADVERTISING, L.P. dba AT&T ADVERTISING SOLUTIONS, a limited partnership; YELLOWPAGES.COM LLC dba AT&T ADVERTISING SOLUTIONS, a limited liability company; AT&T ADVANCED AD SOLUTIONS, INC., a corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Civil Action No. 12CV-0840 JAH DHB<br><br>U.S. District Judge<br>Hon. John A. Houston<br><br>U.S. Magistrate Judge<br>Hon. David H. Bartick<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), Plaintiff Lisa McConnell, Inc. d/b/a Image One ("Image One") hereby dismisses all claims in this action with prejudice, and Defendants AT&T Advertising, L.P. d/b/a AT&T Advertising Solutions (n/k/a YP Advertising, L.P.) and YellowPages.com LLC formerly d/b/a AT&T Advertising Solutions (now d/b/a YP)[1] ("Publishers") hereby dismiss all counterclaims in this action with prejudice, each party to bear its own costs.

Respectfully submitted this 12th day of May, 2015.

MILTNER, POLK & MENCK, APC

By: *s/ William L. Miltner*
WILLIAM L. MILTNER

*Attorney for Plaintiff*
LISA McCONNELL, INC., d.b.a. IMAGE ONE

KILPATRICK TOWNSEND & STOCKTON LLP

By: *s/ Joseph Petersen*
JOSEPH PETERSEN

*Attorney for Defendants*
AT&T ADVERTISING, L.P. (n/k/a YP Advertising, L.P.) and YELLOWPAGES.COM LLC (d/b/a YP)

[1] Defendant AT&T Advanced Ad Solutions, Inc. was dismissed on September 19, 2013. (*See* Dkt. No. 42.)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 12, 2015 on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

*s/ Joseph Petersen*
Joseph Petersen
*Attorney for Defendants*